# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3436

_____

Alberici Corporation, as Plan          *
Administrator for Alberici Companies   *
Retirement Plan;                       *
                                       *
          Plaintiff - Appellee,        *
                                       *
Gary Davis,                            *    Appeal from the United States
                                       *    District Court for the Eastern
          Intervenor Plaintiff -       *    District of Missouri.
          Appellee,                    *
                                       *    [UNPUBLISHED]
     v.                                *
                                       *
Helen E. Davis,                        *
                                       *
          Defendant - Appellant.       *

_____

Submitted: June 11, 2007
Filed: June 20, 2007

_____

Before BYE, RILEY, and BENTON Circuit Judges.

_____

PER CURIAM.

Helen Davis appeals the district court's[1] award of attorney's fees in favor of Gary Davis. Because an extended discussion would add nothing to the well-reasoned order of the district court, we affirm under 8th Cir. R. 47B.

_____

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.